UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PASQUALE,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAW OFFICES OF NELSON & KENNARD,<br><br>    Defendant(s)._____/ | No. C 5:11-cv-05265-PSG<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12/9/2011

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

## CERTIFICATE OF SERVICE

I, Nathan Adkins, hereby certify that a copy of the foregoing **1) Declination to proceed before a Magistrate Judge** was sent via FIRST CLASS MAIL to:

Nelson & Kennard
2180 Harvard St., Suite 160
Sacramento CA 95815-3314

Dated: December 9, 2011

_____
Nathan Adkins
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
nadkins@consumerlawcenter.com