**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA PASQUALE,

             Plaintiff(s),

    v.

LAW OFFICES OF NELSON & KENNARD,

             Defendant(s).

_____/

No.  CV11-05265 PSG

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED STATES
DISTRICT JUDGE

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

      **PLEASE TAKE NOTICE** that the case management conference presently set for Tuesday, December 13, 2011 at 2:00 p.m. before Magistrate Judge Paul S. Grewal is hereby vacated.  Clerk to reassign case.

Dated: December 9, 2011

                           Richard W. Wieking, Clerk
                           United States District Court

                           By: Oscar Rivera
                           Courtroom Deputy Clerk to
                           Magistrate Judge Paul S. Grewal