COPY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

DANA PASQUALE

*Plaintiff*

v.

LAW OFFICES OF NELSON & KENNARD,

*Defendant*

Civil Action No. CV11-05265 ADR

E-filing

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nelson & Kennard
2180 Harvard St., Suite 160
Sacramento CA 95815-3314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/28/11

Tiffany Salinas-Harwell

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV11-05265

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nelson & Kennard

was received by me on *(date)* 11/18/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Vanessa Littlejohn, who is designated by law to accept service of process on behalf of *(name of organization)* Nelson & Kennard on *(date)* 11/22/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 34.00 for travel and $ _____ for services, for a total of $ 34.00 .

I declare under penalty of perjury that this information is true.

Date: 11/27/2011

*Server's signature*

Jenice Rossner
*Printed name and title*

3104 O Street, # 230
Sacramento, CA 95816

*Server's address*

Additional information regarding attempted service, etc: