Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 241
F: (866) 799-3206
rlee@consumerlawcenter.com
Attorney for Plaintiff,
DANA PASQUALE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DANA PASQUALE, | Case No.: 4:11-cv-05265-YGR |
| Plaintiff, | **Plaintiff's Request for Telephonic Appearance at Case Management Conference on May 14, 2012** |
| v. | |
| LAW OFFICES OF NELSON & KENNARD, | |
| Defendant. | |

## PLAINTIFFS'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE ON MAY 14, 2012

NOW COMES the undersigned counsel of record for Plaintiffs, DANA PASQUALE, and respectfully requests the Court allow his telephonic appearance at the case management conference scheduled for May 14, 2012 at 2:00 P.M PDT.  Counsel's office is located in Los Angeles, California and personal attendance would impose extraordinary hardship.  The expense of traveling from Los Angeles, California to San Francisco, California could exceed the maximum statutory relief of $1,000.00 under the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq*. ("FDCPA").  Appearing by telephone will avoid the significant time and resources needed to secure travel and appearance for the conference.  If counsel's motion is granted,

counsel agrees to telephonically appear for the entire duration and to fully participate in the conference so that his appearance by telephone will not affect the conference in any way.

THEREFORE, Plaintiff's counsel respectfully requests this Honorable Court to allow him to appear telephonically at the case management conference.

                                                  RESPECTFULLY SUBMITTED,

DATED:  April 19, 2012                     KROHN & MOSS, LTD.

                                                  By: /s/ Ryan Lee

                                                      Ryan Lee, Esq.
                                                      Attorney for Plaintiff