**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA PASQUALE,<br><br>   Plaintiff,<br><br>  v.<br><br>LAW OFFICES OF NELSON & KENNARD,<br><br>   Defendant. | Case No.: 11-CV-05265 YGR<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE AT MAY 14, 2012 CASE MANAGEMENT CONFERENCE** |

  Plaintiff filed a Request for Telephonic Appearance at the Case Management Conference scheduled for May 14, 2012.  Dkt. No. 14.  Plaintiff's request is **DENIED**.  The Court intends for this to be a substantive conference.  Lead trial counsel for both parties must appear in person.

  This Order Terminates Docket Number 14.

  **IT IS SO ORDERED.**

Dated: May 3, 2012

           _____
           **YVONNE GONZALEZ ROGERS**
           **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California