# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** May 14, 2012     **JUDGE:** Yvonne Gonzalez Rogers

**Case No:** C- 11-5265- YGR     **Time:** 3:02pm-3:12pm

**Case Name:** Pasquale v Law Offices of Nelson & Kennard

**Attorney(s) for Plaintiff:** Jacob Sider

**Attorney(s) for Defendant:** Robert S. Kennard

**Deputy Clerk**: Frances Stone     **Court Reporter**: Starr Wilson

## PROCEEDINGS

CMC-HELD

**Court issues Order to Show Cause:**
**Next Date: Order to Show Cause Hearing : 5/21/12  at 2:00pm.**
**Plaintiff to respond by 5/18/12 why counsel should not be sanctioned for non-appearance of lead counsel at CMC today.**

**Defendant Attorney Kennard may appear by telephone for 5/21/12 hearing.**

**Next Case Management Date: 12/10/12 at 2:00pm.**

**Last Date to Join Parties or Amend Pleadings: 5/31/12**
**Referred to ADR for Mediation to be completed by: 8/31/12**
**Non-Expert Discovery cutoff is  : 10/29/12**
                    **Openings: 11/12/12**
                    **Rebuttal: 11/29/12**
**Expert Discovery cutoff is : 12/17/12**
**Dispositive Motions to be heard by: 2/12/13**
**Joint Pretrial Statement filed  by: 7/12/13**
**Pretrial Conference Friday , 7/26/13  at 9:00am**
**Trial date 8/12/13  at 8:30am for 3 day Jury Trial; Trial date subject to advance.**

**cc: ADR**