**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dana Pasquale,<br><br>      Plaintiff,<br><br>vs.<br><br>Law Offices of Nelson & Kennard,<br><br>      Defendant(s). | Case No.: C-11-5265-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on May 14, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 12/10/12 at 2:00 p.m. |
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | 8/31/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 5/31/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 10/29/12 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 11/12/12<br>Rebuttal: 11/29/12 |
| EXPERT DISCOVERY CUTOFF: | 12/17/12 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 2/12/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 7/12/13 |
| PRETRIAL CONFERENCE: | Friday, 7/26/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 8/12/13 at 8:30 a.m.<br>(Jury Trial)<br>**Trial date subject to advance** |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| TRIAL LENGTH: | <u>3 days</u> |

An Order to Show Cause hearing regarding why plaintiff counsel should not be sanctioned for non-appearance of lead counsel at the May 14, 2012 Case Management Conference shall be held on <u>Monday, May 21, 2012 at 2:00pm,</u> in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By <u>Friday, May 18, 2012</u>, plaintiff counsel shall file response re why plaintiff counsel should not be sanctioned for non-appearance of lead counsel at the May 14, 2012 Case Management Conference. Telephonic appearance is allowed as to defendant counsel Robert Kennard.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**