**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANA PASQUALE, | ) | Case No.: 4:11-cv-5265-YGR |
| Plaintiff, | ) ) | **CONSENT TO PROCEED BEFORE A** |
| v. | ) ) | **UNITED STATES MAGISTRATE JUDGE** |
| LAW OFFICES OF NELSON & KENNARD, | ) ) ) ) | |
| Defendant. | ) | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties voluntarily consent to have United States Magistrate Judge Joseph Spero conduct any and all further proceedings in the case, including trial, and order entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  May 31, 2012          KROHN & MOSS, LTD.

By: /s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff

NELSON & KENNARD

By: /s/ Robert Scott Kennard
Robert Scott Kennard

- 1 -

CONSENT TO MAGISTRATE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONSENT TO MAGISTRATE