# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pasquale,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Law Offices of Nelson & Kennard,<br><br>　　　　　Defendant(s). | 11-05265 YGR MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　**Michael J. Timpane**
　　　　Salamirad Morrow P.C.
　　　　101 California St., Suite 2450
　　　　San Francisco, CA 94111
　　　　415-946-8991
　　　　mt@salamiradmorrow.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
11-05265 YGR MED                       - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 1, 2012

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____/s/_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov