1  File No. 10-23373-0
   Robert Scott Kennard
2  State Bar No. 117017
   rskennard@nelson-kennard.com
3  NELSON & KENNARD
   2180 Harvard Street, Ste. 160   (95815)
4  P.O. Box 13807
   Sacramento, CA  95853
5  Telephone:  (916) 920-2295
6  Facsimile:  (916) 920-0682

7  Attorneys for Defendant
   LAW OFFICES OF NELSON & KENNARD
8

9                  **UNITED STATES DISTRICT COURT**
10               **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN JOSE DIVISION**
11

12 DANA PASQUALE,                    )  **CASE NO. CV11-05265**
                                     )
13         Plaintiff,                )  **NOTICE OF NO OPPOSITION TO MOTION**
                                     )
14                                   )
      vs.                            )
15                                   )
                                     )
16 LAW OFFICES OF NELSON & KENNARD,  )
                                     )  **DATE:       July 13, 2012**
17         Defendants                )  **TIME:       9:30 a.m.**
                                     )  **COURTROOM:  G – 15TH floor**
18

19 **To:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20      NOTICE IS HEREBY GIVEN that Defendant LAW OFFICES OF NELSON &

21 KENNARD has no opposition to the relief requested in Plaintiff's

22 Amended Motion for Leave to File Amended Complaint.

23                              NELSON & KENNARD

24
   Dated:  June 21, 2012
25

26                         By:_____
                              ROBERT SCOTT KENNARD
27                            Attorney for Defendant
                              LAW OFFICES OF NELSON & KENNARD
28