UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA PASQUALE,

        Plaintiff,

  v.

LAW OFFICES OF NELSON & KENNARD,

        Defendant.
_____/

No. C-11-05265 JCS

**ORDER GRANTING AMENDED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [Docket No. 27]**

    Plaintiff has filed an Amended Motion for Leave to File Amended Complaint ("Motion"). Defendant has filed a notice of non-opposition to the Motion. Accordingly, the Motion is GRANTED. It is Plaintiff's responsibility to file her first amended complaint on the Court's electronic filing system.

    IT IS SO ORDERED.

Dated: June 26, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge