Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff, DANA PASQUALE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DANA PASQUALE,<br><br>   Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF NELSON & KENNARD<br>   Defendant. | **Case No.: 4:11-cv-05265-YGR**<br><br>**REQUEST TO APPEAR TELEPHONICALLY FOR THE SCHEDULING CONFERENCE SET FOR JULY 27, 2012 AT 1:30 P.M.** |

The undersigned counsel of record for Plaintiff, DANA PASQUALE, hereby respectfully requests the Court's permission to participate by telephone in the Scheduling Conference set for July 27, 2012. For the convenience of the Court and parties, the undersigned will appear by calling from 323-988-2400, of if the Court prefers, counsel will coordinate a toll-free conference call number for use in conducting the Scheduling Conference if the requested relief is granted.

                                    Respectfully Submitted,

                                    KROHN & MOSS, LTD.


Dated: July 6, 2012          By: /s/Ryan Lee

                                    Ryan Lee
                                    Attorney for Plaintiff

- 1 -

REQUEST

# CERTIFICATE OF SERVICE

I, Ryan Lee, hereby certify that a copy of the foregoing **1) Request to appear telephonically** was sent via FIRST CLASS MAIL to:

>Robert Scott Kennard
>Nelson & Kennard
>2180 Harvard St. Ste. 160 (95815)
>PO Box 13807
>Sacramento CA 95853

Dated: July 6, 2012                    By:     /s/Ryan Lee
                                                Ryan Lee
                                                Attorney for Plaintiff