Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA 90025
T : (323) 988-2400 ; F : (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DANA PASQUALE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DANA PASQUALE<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LAW OFFICES OF NELSON & KENNARD<br><br>　　　　Defendant. | Case No.: C11-05265 JCS<br><br>[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL TO APPEAR AT STATUS CONFERENCE BY TELEPHONE<br><br>Date: July 27, 2012<br>Time: 1:30 pm<br>Place: Ctrm G, 15th Floor |

　　　　Permission is hereby granted for Ryan Lee, counsel of record for plaintiff DANA PASQUALE, to participate by telephone in the Status Conference scheduled for July 27, 2012 at 1:30 pm.  Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED: July, 2012　　　　　　　KROHN & MOSS, LTD.

Dated: July 9, 2012

　　　　　　　　　　　　　　　　By: /s/ Ryan Lee_____

　　　　　　　　　　　　　　　　Ryan Lee
　　　　　　　　　　　　　　　　Attorney for Plaintiff

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Joseph C. Spero]*

- 1 -

REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON