1  File No. 98.0246
   Robert Scott Kennard
2  California State Bar No. 117017
   2180 Harvard Street, Ste. 160  (95815)
3  P.O. Box 13807
   Sacramento, CA  95853
4  Telephone:  (916) 920-2295
   Facsimile:  (916) 920-0682
5  Email:  rskennard@nelson-kennard.com

6
   Attorneys for Defendant
7  NELSON & KENNARD

8

9

10                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICE OF CALIFORNIA
11

12

13 DANA PASQUALE,                    ) **CASE NO.  3:11-CV-05265-JCS**
                                     )
14         Plaintiff,                ) **STIPULATION FOR EXTENSION OF TIME**
                                     ) **TO RESPOND TO PLAINTIFF'S AMENDED**
15    vs.                            ) **COMPLAINT**
                                     )
16 LAW OFFICES OF NELSON & KENNARD,  )
                                     )
17                                   )
           Defendants.              )
18 _____ )

19

20      WHEREAS, this matter is scheduled for mediation on August 21,

21 2012, and;

22      WHEREAS, the parties wish to minimize the expenditure of

23 attorney's fees and costs pending the conclusion of that mediation,

24 now, therefore;

25

26      IT IS HEREBY STIPULATED by and between Plaintiff DANA PASQUALE

27 through counsel Ryan Lee and Defendant NELSON & KENNARD through

28

STIPULIATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT - 1

1   counsel Robert Scott Kennard that the time for Defendant to respond

2   to Plaintiff's Amended Complaint be extended to August 31, 2012.

3

4                                         KROHN & MOSS, LTD.

5                                         /s/ Ryan Lee

6

  Dated:   July 17, 2012                By: _____

7                                         Ryan Lee
                                        Attorney for Plaintiff

8                                         DANA PASQUALE

9

10

11

12                                       /s/ Robert Scott Kennard

  Dated:   July 17, 2012                By: _____

13                                         Robert Scott Kennard
                                        Attorney for Defendant

14                                         NELSON & KENNARD

15

16

17

18

19

20

21

22

23

24

25

26

27

28