# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**CASE NO. C 11-05265 JCS**

**CASE NAME: PASQUALE v. LAW OFFICES OF NELSON & KENNARD**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 27, 2012   **TIME: 3 M** | **COURT REPORTER**: <u>Not Reported</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Ryan Lee (T)* | **COUNSEL FOR DEFENDANT:**<br>Robert Kennard (T)* |

**PROCEEDINGS:**                                             **RULING:**

1. Case Management Conference                            Held

---

**ORDERED AFTER HEARING:**
Except as modified, the Court adopted the schedule that was set by Judge Gonzalez Rogers in her 5/18/2012 Order [docket no. 19].

Updated joint cmc statement due by 10/19/12.

---

**ORDER TO BE PREPARED BY:**       () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO: 10/26/12 at 1:30 p.m., for a further case mgmt conference.**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** 10/29/12 |
| **Expert Disclosure:** 11/12/12 | **Expert Rebuttal:** 11/29/12 | **Expert Discovery Cutoff:** 12/17/12 |
| **Motions Hearing: 02/15/13 at 9:30 a.m.** | | **Pretrial Conference: 08/16/13 at 1:30 p.m.** |

**Trial Date: 08/26/13 at 8:30 a.m.   (X)Jury     ()Court     Set for 2 days**

cc:       Chambers; Karen
* (T) = Telephonic Appearance