Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 241
F: (866) 799-3206
rlee@consumerlawcenter.com
Attorney for Plaintiff,
DANA PASQUALE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DANA PASQUALE, ) | Case No.: 4:11-cv-5265-YGR |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S NOTICE OF** |
| ) | **WITHDRAWL OF CLAIMS** |
| v. ) | |
| ) | |
| LAW OFFICES OF NELSON & ) | |
| KENNARD, ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF WITHDRAWAL OF CLAIMS</u>**

Plaintiff, DANA PASQUALE, hereby withdraws her claims under the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA), Sections 1692e(2), 1692e(4), and 1692e(5). Plaintiff still proceeds on her claim under Section 1692e(11), as well as her claim brought pursuant to the Rosenthal Act, Section 1788.17.

RESPECTFULLY SUBMITTED,

Dated: August 10, 2012    By:    /s/ Ryan Lee
                                                Ryan Lee, Esq.
                                                KROHN & MOSS, LTD.
                                                Attorneys for Plaintiff

- 1 -

PLAINTIFF'S NOTICE OF WITHDRAWAL OF CLAIMS

## CERTIFICATE OF SERVICE

I, Ryan Lee, hereby certify that a copy of the foregoing **Plaintiff's Notice of Withdrawal of Claims** was sent via CM/ECF to:

Robert Scott Kennard
rskennard@nelson-kennard.com

Dated:  August 10, 2012              /s/ Ryan Lee
                                     Ryan Lee
                                     Krohn & Moss, Ltd.
                                     10474 Santa Monica Blvd. Suite 401
                                     Los Angeles, CA  90025
                                     T: (323) 988-2400 x241; F: (866) 861-1390
                                     rlee@consumerlawcenter.com