Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA 90025
T : (323) 988-2400 ; F : (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DANA PASQUALE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DANA PASQUALE  Plaintiff,  vs.  LAW OFFICES OF NELSON & KENNARD  Defendant. | Case No.: 3:11-cv-05265-JCS  **[PROPOSED] ORDER GRANTING MOTION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**  Date: October 30, 2012  Time: 1:30 pm |

Permission is hereby granted for Ryan Lee, counsel of record for plaintiff DANA PASQUALE, to participate by telephone in the Status Conference scheduled for October 30, 2012 at 1:30 pm.

Respectfully Submitted,

DATED: October 8, 2012          KROHN & MOSS, LTD.

Dated: 10/9/12                  By: /s/ Ryan Lee
                                Ryan Lee
                                Attorney for Plaintiff

*IT IS SO ORDERED*
*Judge Joseph C. Spero*

- 1 -

REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON