File No. 98.0246
Robert Scott Kennard
California State Bar No. 117017
2180 Harvard Street, Ste. 160  (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682
Email:  rskennard@nelson-kennard.com

Attorneys for Defendant
NELSON & KENNARD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA PASQUALE, | CASE NO.  3:11-CV-05265-JCS |
| Plaintiff, | **DEFENDANT NELSON & KENNARD'S EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LAW OFFICES OF NELSON & KENNARD | **DATE:**     10/30/12 |
| Defendants. | **TIME:**     1:30 p.m. |
| | **ROOM:**     G, 15th Floor |

    Defendant NELSON & KENNARD, by and through its attorney Robert Scott Kennard, hereby applies ex parte to continue the Case Management Conference now scheduled for October 30, 2012 at 1:30 p.m. in Department G of this court.

    The application is made on the grounds that the hearing date conflicts with a scheduled and pre-paid vacation of Defendant's counsel.

DEFENDANT'S APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE - 1

1  This application is made pursuant to this application, the
2  declaration of Robert Scott Kennard filed concurrently herewith and
3  upon such other evidence and argument presented at hearing, if any
4  be required.

Respectfully Submitted,

Dated: October 16, 2012         By:/s/ Robert Scott Kennard
                                    ROBERT SCOTT KENNARD
                                    Attorney for Defendant
                                    NELSON & KENNARD

DEFENDANT'S APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE - 2