```
File No. 98.0246
Robert Scott Kennard
California State Bar No. 117017
2180 Harvard Street, Ste. 160  (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682
Email:  rskennard@nelson-kennard.com

Attorneys for Defendant
NELSON & KENNARD
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA PASQUALE, | CASE NO.  3:11-CV-05265-JCS |
| Plaintiff, | ORDER ON DEFENDANT NELSON & KENNARD'S EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| LAW OFFICES OF NELSON & KENNARD | DATE:     10/30/12 |
| Defendants. | TIME:     1:30 p.m. |
| | ROOM:     G, 15th Floor |

The ex parte application of Defendant NELSON & KENNARD for an Order continuing the Case Management Conference currently scheduled for Tuesday, October 30, 2012, having been considered and with good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's application is granted.  The Case Management Conference shall be continued to November 30, 2012 (date) at 1:30 a.m./p.m. in Courtroom G of the above-captioned court located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

ORDER ON DEFENDANT'S EX PARTE APPLICATION - 1

IT IS HEREBY FURTHER ORDERED that an updated joint case management conference statement shall be due by November 21, 2012.

Dated: 10/22/12

Honorable
United States Magistrate Judge

*Judge Joseph C. Spero*

ORDER ON DEFENDANT'S EX PARTE APPLICATION - 2