1  File No. 98.0246
   Robert Scott Kennard
2  California State Bar No. 117017
   2180 Harvard Street, Ste. 160  (95815)
3  P.O. Box 13807
   Sacramento, CA  95853
4  Telephone:  (916) 920-2295
5  Facsimile:  (916) 920-0682
   Email:  rskennard@nelson-kennard.com
6
   Attorneys for Defendant
7  NELSON & KENNARD

8

9

10                 **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11                  **SAN FRANCISCO DIVISION**

12

13  DANA PASQUALE,                    ) **CASE NO.  3:11-CV-05265-JCS**
                                      )
14          Plaintiff,                ) **ORDER GRANTING DEFENDANT NELSON**
                                      ) **& KENNARD'S APPLICATION FOR**
15      vs.                           ) **TELEPHONIC APPEARANCE AT CASE**
                                      ) **MANAGEMENT CONFERENCE**
16  LAW OFFICES OF NELSON & KENNARD   )
17          Defendants.               ) **DATE:    11/30/12**
                                      ) **TIME:    1:30 p.m.**
18  _____  ) **ROOM:    G, 15th Floor**

19

20      The court having considered the application of Defendant

21  NELSON & KENNARD's counsel for leave and permission to appear

22  telephonically at the Case Management Conference scheduled on

23  November 30, 2012 at 1:30 p.m. before the Honorable Joseph C.

24  Spero, Judge reassigned, and with good cause appearing therefore;

25      IT IS HEREBY ORDERED that the request of Defendant's counsel

26  to appear telephonically is granted.  Defendant's counsel shall be

27  available at (916) 920-2295, ext. 117, or such other telephone

28

                    ORDER GRANTING DEFENDANT'S APPLICATION - 1

1  number or procedure as the court may designate, at the time and

2  place of the Case Management Conference scheduled above.

3

4

Dated:   11/15/12

5                                          
                           Honor                        Spero
6                          UNIT                     ATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S APPLICATION - 2