# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 11-05265 JCS**

**CASE NAME: PASQUALE v. LAW OFFICES OF NELSON & KENNARD**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Nov. 30, 2012     **TIME: 1 M** | **COURT REPORTER**: <u>Not Reported</u> |
| **COUNSEL FOR PLAINTIFF:** <br> Ryan Lee | **COUNSEL FOR DEFENDANT:** <br> Robert Kennard (T)* |

**PROCEEDINGS:**                                          **RULING:**

1. Further Case Management Conference                    Held

___

**ORDERED AFTER HEARING:**

**NOTE:** If no motion is filed, the further case management conference will be held at 1:30 PM.

___

**ORDER TO BE PREPARED BY:**        ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:** 02/15/13 at 9:30 a.m., for motions and further case mgmt conference.

___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**  at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.  ( ) Jury   ( ) Court    Set for  days | | |

**cc:**      Chambers; Karen
* (T) = Telephonic Appearance