```
File No. 98.0246
Robert Scott Kennard
California State Bar No. 117017
2180 Harvard Street, Ste. 160  (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682
Email:  rskennard@nelson-kennard.com

Attorneys for Defendant
NELSON & KENNARD
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA PASQUALE, | CASE NO. 3:11-CV-05265-JCS |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING DEFENDANT NELSON & KENNARD'S APPLICATION FOR LEAVE TO FILE LATE BRIEF OR ALTERNATIVELY, FOR ORDER EXTENDING LAST DAY FOR HEARING ON DISPOSITIVE MOTIONS |
| vs. | |
| LAW OFFICES OF NELSON & KENNARD | |
| Defendants. | |

The court having considered the application of Defendant NELSON & KENNARD's counsel for leave to file late brief or alternatively for an order extending the time for hearing on dispositive motions and with good cause appearing therefore;

IT IS HEREBY ORDERED that Defendant's application is granted. Defendant's Motion for Summary Judgment be filed and served on or before __February 1, 2013__ . Any opposition shall be filed on or

ORDER GRANTING DEFENDANT'S APPLICATION - 1

1 | before  February 22, 2013  . Any reply to the motion shall be
2 | filed on before March 8, 2013  .
3 | The motion shall be heard on April 19, 2013 at 9:30
4 | a.m. /~~p.m.~~ in courtroom G of the above-entitled court located at 450
5 | Golden Gate Ave., 15th Fl., San Francisco, California 94102.
6 |
7 |
8 |
9 | Dated: January 23, 2013



Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S APPLICATION - 2