File No. 98.0246
Robert Scott Kennard
California State Bar No. 117017
2180 Harvard Street, Ste. 160  (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682
Email:  rskennard@nelson-kennard.com

Attorneys for Defendant
NELSON & KENNARD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

DANA PASQUALE,

       Plaintiff,

  vs.

LAW OFFICES OF NELSON & KENNARD,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.  3:11-CV-05265-JCS**

**NOTICE OF HEARING AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**DATE:**     04/19/13
**TIME:**     9:30 A.M.
**DEPT:**    G, 15th Fl.

**To: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    NOTICE IS HEREBY GIVEN that on February 15, 2013 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom G of the above-entitled court, located at 450 Golden Gate Ave., 15th Floor, San Francisco, California 94102, Defendant NELSON & KENNARD will move this court for and order granting it summary judgment on

the Amended Complaint of Plaintiff DANA PASQUALE and a judgment of

dismissal, with prejudice.

This motion is made on the grounds that;

(1)  Defendant's voice messages were not "communications" under

the FDCPA (15 USC 1692 et seq.) and California's Rosenthal Act

(California Civil Code 1788 et seq.) where Plaintiff had actual

knowledge of the identity of the caller and the purpose of the call.

Therefore Defendant was not required to provide the "mini Miranda"

in subsequent voice mail messages;

(2)  to the extent the voice messages complained of are deemed

to be "communications" under the FDCPA, liability is excused

pursuant to 15 USC 1692k as a bona fide error occurred

notwithstanding the maintenance of procedures reasonably adapted to

avoid such error;

(3)  Defendant's liability under the Rosenthal Act is

derivative of its liability, if any, under the FDCPA.  Therefore, no

liability accrues as a result of the failure of Plaintiff's FDCPA

claim, and;

(4)  attorneys are exempt from liability under the Rosenthal

Act.

///

///

///

1    This motion is based upon this Notice and Motion together with

2  the Memorandum of Points and Authorities in Support of Defendant's

3  Motion for Summary Judgment and the Declaration of Robert Scott

4  Kennard in Support of Defendant's Motion for Summary Judgment filed

5  concurrently herewith.

6                                  Respectfully Submitted,

7

8

9  Dated:  February 1, 2013        By: //s// Robert Scott Kennard
                                        Robert Scott Kennard
10                                      Attorney for Defendant
                                        NELSON & KENNARD
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28