Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff, DANA PASQUALE.

Robert Scott Kennard (SBN: 117017)
rskennard@nelson-kennard.com
Clifton Inohara (SBN: 242375)
cinohara@nelson-kennard.com
Nelson & Kennard
2180 Harvard St. Ste 160
PO Box 13807
Sacramento, CA 95853
Tel: 916-920-2295
Fax: 916-920-0682

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DANA PASQUALE, | ) **4:11-cv-05265-JCS** |
| Plaintiff, | ) **UPDATED CASE MANAGEMENT** |
| v. | ) **CONFERENCE STATEMENT** |
| LAW OFFICES OF NELSON & KENNARD, | ) **Hon. Joseph C. Spero** |
| Defendant. | ) |

**JOINT FEDERAL RULE OF CIVIL PROCEDURE**
**26(f) DISCOVERY PLAN**

Plaintiff, DANA PASQUALE and Defendant, LAW OFFICES OF NELSON & KENNARD, by their respective counsel, and pursuant to Federal Rule of Civil Procedure 26(f), agree to the following Discovery Plan:

**FRCP 26(f) Discovery Plan:**

1. **Rule 26(a) Disclosures**: Initial disclosures will have been made and served upon each party.

1. **Synopsis:** Count I of Plaintiff's Complaint, filed on October 28, 2011, is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA). Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA). Plaintiff alleges Defendant used deceptive and misleading representations and claims in connection with the collection of an alleged debt;; and that Defendant failed to disclose in communications that it was a debt collector seeking to collect a debt.

Defendant has filed an Answer denying the material allegations of Plaintiff's Complaint and asserting fourteen (14) affirmative defenses thereto.

   a. **Key legal issues:** Whether Defendant's actions violated the FDCPA and RFDCPA.

   b. **Realistic range of damages:** The FDCPA and RFDCPA entitle Plaintiff to a maximum of $2000.00 in statutory damages. Additionally, the FDCPA and RFDCPA provide for Plaintiff's reasonable attorneys' fees and costs.

   c. **Motions To Amend Pleadings:** The time by which the parties can move to amend has passed. Therefore, the parties must seek leave of this Honorable Court to amend the pleadings. .

   d. **Discovery plan:** Discovery has closed.

**Experts:** Per the Scheduling Order, the parties were to provide the disclosures required on or before **November 12, 2012**.

Counter-designations of experts are to be made on or before **November 29, 2012**.

Per the Scheduling Order, Expert discovery will be completed by **December 12, 2012**.

   e. **Summary Judgment**: Defendant has filed a motion for summary judgment which is set for hearing on April 19, 2013 at 9:30 am..

f. **Settlement Discussions:** Parties have discussed the potential for settlement in the present matter and will continue to do so in good faith.

g. **Time required:** Parties do not anticipate the case requiring more than three days for trial.

h. **Scheduling:** The parties propose the following cut-off dates:

Fact discovery be **December 12, 2012**;

Last day for the Court to hear dispositive motions be **April 19, 2013 (leave was granted by the Court)**;

The Pretrial Conference will be held **August 16, 2013 at 1:30 pm**; and

Trial is set for **August 26, 2013 at 8:30 am**.

1. **TRIAL:**

Both parties have requested a trial by jury.

The parties estimate that this case will take approximately 2 days for trial.

It is anticipated that the case will be ready for trial by **August 26, 2013**..

i. **Other Issues:** None

j. **Magistrate Judge:** The case is now pending before Honorable Joseph C. Spero.

RESPECTFULLY SUBMITTED,

DATED: February 8, 2013  KROHN & MOSS, LTD.

By: /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff

UPDATED JOINT 26(f) DISCOVERY PLAN

RESPECTFULLY SUBMITTED,

DATED: February 8, 2013     NELSON & KENNARD

By: <u>/s/Robert Scott Kennard</u>
Robert Scott Kennard

By: <u>/s/ Clifton Inohara</u>
Clifton Inohara
Attorneys for Defendant

UPDATED JOINT 26(f) DISCOVERY PLAN