```
File No. 98.0246
Robert Scott Kennard
California State Bar No. 117017
2180 Harvard Street, Ste. 160   (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682
Email:  rskennard@nelson-kennard.com

Attorneys for Defendant
NELSON & KENNARD
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA PASQUALE, | ) CASE NO.  3:11-CV-05265-JCS |
| Plaintiff, | ) **DEFENDANT NELSON & KENNARD'S APPLICATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LAW OFFICES OF NELSON & KENNARD | ) **DATE:** 02/15/13 |
| Defendants. | ) **TIME:** 9:30 a.m.<br>) **ROOM:** G, 15th Floor |

WHEREAS, this matter is scheduled for Further Case Management Conference on February 15, 2013 at 9:30 a.m. before the Honorable Joseph C. Spero, Judge reassigned, and;

WHEREAS, Defendant's counsel's offices are located in Sacramento County, California, now, therefore;

Defendant NELSON & KENNARD hereby applies for an Order granting it leave and permission to appear telephonically at the Case Management Conference referenced above.  Plaintiff's counsel

DEFENDANT'S APPLICATION FOR TELEPHONIC APPEARANCE - 1

```
 1 | will be available by landline at (916) 920-2295, direct extension
 2 | 117.
 3 |
 4 |                                     Respectfully Submitted,
 5 |
 6 | Dated:  February 8, 2013           By:/s/ Robert Scott Kennard
 7 |                                        ROBERT SCOTT KENNARD
   |                                        Attorney for Defendant
 8 |                                        NELSON & KENNARD
```

DEFENDANT'S APPLICATION FOR TELEPHONIC APPEARANCE - 2