```
File No. 98.0246
Robert Scott Kennard
California State Bar No. 117017
2180 Harvard Street, Ste. 160   (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682
Email:  rskennard@nelson-kennard.com

Attorneys for Defendant
NELSON & KENNARD
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA PASQUALE, | CASE NO. 3:11-CV-05265-JCS |
| Plaintiff, | **ORDER GRANTING DEFENDANT NELSON & KENNARD'S APPLICATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LAW OFFICES OF NELSON & KENNARD | DATE:  02/15/13 |
| Defendants. | TIME:  9:30 a.m. |
| | ROOM:  G, 15th Floor |

The court having considered the application of Defendant NELSON & KENNARD's counsel for leave and permission to appear telephonically at the Further Case Management Conference scheduled on February 15, 2013 at 9:30 a.m. before the Honorable Joseph C. Spero, Judge reassigned, and with good cause appearing therefore;

IT IS HEREBY ORDERED that the request of Defendant's counsel to appear telephonically is granted.  Defendant's counsel shall be available at (916) 920-2295, ext. 117, or such other telephone

number or procedure as the court may designate, at the time and place of the Case Management Conference scheduled above.

Dated: 2/11/13



_____
Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE