1  Ryan Lee (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400 x 241
   F: (866) 799-3206
4  rlee@consumerlawcenter.com
   Attorney for Plaintiff,
5  DANA PASQUALE

6              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
7                **SAN FRANCISCO DIVISION**

8  DANA PASQUALE,                      )  **Case No.: 4:11-cv-5265-YGR**
                                        )
9              Plaintiff,               )  **NOTICE OF MOTION TO DEEM AS**
                                        )  **ADMITTED PLAINTIFF'S REQUESTS**
10        v.                            )  **FOR ADMISSION**
                                        )
11 LAW OFFICES OF NELSON &              )  **Hon. Joseph C. Spero**
   KENNARD,                             )
12                                      )  **Date: March 29, 2012**
                                        )  **Time: 9:30 a.m.**
13            Defendant.                )  **Location: United States Courthouse, San**
                                           **Francisco; Courtroom G-5th Fl, 450**
14                                         **Golden Gate Ave., San Francisco, CA**
                                           **94102**
15

16 **TO ALL PARTIES AND ATTORNEYS OF RECORD:**

17       NOTICE IS HEREBY GIVEN that on Friday, March 29, 2013 at 9:30 A.M. before the

18 Honorable Joseph C. Spero, at the United States Courthouse, san Francisco Courthouse,

19 Courtroom G-5th Floor, 450 Golden Gate Ave., San Francisco, California, Plaintiff will present

20

21 her Motion to Deem as Admitted Plaintiff's Requests for Admission. The Motion will be based

22 on the following memorandum and accompanying exhibits, and all other files, pleadings, and

23 records in this action.

24

25

- 1 -

MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION

1   Dated: February 12, 2013                    RESPECTFULLY SUBMITTED,

2                                                By: <u>Ryan S. Lee</u>
                                                 Ryan S. Lee
3                                                Attorney for Plaintiff.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION

1

Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.

2

10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

3

T: (323) 988-2400 x 241
F: (866) 799-3206

4

rlee@consumerlawcenter.com
Attorney for Plaintiff,

5

DANA PASQUALE

6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

7

**SAN FRANCISCO DIVISION**

8

DANA PASQUALE,                               )   **Case No.: 3:11-cv-5265-YGR**
                                             )

9

                        Plaintiff,           )   **PLAINTIFF'S MOTION TO DEEM AS**
                                             )   **ADMITTED PLAINTIFF'S REQUESTS**

10

             v.                              )   **FOR ADMISSION**
                                             )

11

LAW OFFICES OF NELSON &                      )
KENNARD,                                     )

12

                                             )
                                             )

13

                        Defendant.           )

14

15

             NOW COMES Plaintiff, DANA PASQUALE, ("Plaintiff") by and through her attorneys,

16

KROHN & MOSS, LTD., and for her Motion to Deem as Admitted its Requests for Admission

17

to Defendant, LAW OFFICES OF NELSON & KENNARD ("Defendant"), states:

18

             1.       On October 28, 2011, Plaintiff filed her Verified Complaint against Defendant

19

pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq*. ("FDCPA") and

20

Rosenthal Fair Debt Collection Practices Act,  Cal. Civ. Code § 1788 *et seq*. ("RFDCPA"). [DE

21

1].

22

             2.       On August 1, 2012, Defendant served its Requests for Admission pursuant to

23

Federal Rule of Civil Procedure 36 on Defendant.  *See* Plaintiff's Requests for Admission

24

attached hereto as Exhibit A.

25

             3.       Defendant did not respond to Plaintiff's Requests for Admission until January 13,

2013.  *See* Defendant's Responses to Plaintiff's Requests attached  hereto as  Exhibit B.

- 3 -

MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION

1 Defendant did not request an extension to answer Plaintiff's requests, nor did Defendant provide

2 any justification for its failure to timely respond to Plaintiff's requests.

3      4.      Federal Rule of Civil Procedure 36(a)(3) states "[a] matter is admitted unless,

4 within 30 days after being served, the party to whom the request is directed serves on the

5 requesting party a written answer or objection addressed to the matter and signed by the party or

6 its attorney."

7      5.      Federal Rule of Civil Procedure 36(a)(6) states "[o]n finding that an answer does

8 not comply with this rule, the court may order either that the matter is admitted or that an

9 amended answer be served."

10      6.      As Defendant failed to timely respond to Plaintiff's Requests for Admission

11 without justification, Plaintiff hereby requests that its Requests for Admission be deemed

12 admitted as a matter of law in accordance with Fed. R. Civ. P. 36.

13      WHEREFORE, Plaintiff moves this Honorable Court to deem as admitted Plaintiff's

14 Requests for Admission as a matter of law.

15

16 Dated: May 31, 2012                    RESPECTFULLY SUBMITTED,
                                         By: Ryan S. Lee
17                                       Ryan S. Lee
                                         Attorney for Plaintiff.

18

19

20

21

22

23

24

25

MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION

**PROOF OF SERVICE**

I, Matthew Rosenthal, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025.  On February 12, 2013, I served the following documents:

On the parties listed below:

Nelson & Kennard
2180 Harvard St., Suite 160
Sacramento CA 95815-3314

By the following means of service:

[X]   **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.  Plaintiff also served upon counsel via email.

[ ]   **BY FACSIMILE:** I transmitted the documents listed above by facsimile machine to the facsimile number listed above.  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ]   **BY MAIL** (1013 a, 2015.5 CCP): I deposited such envelope in the mail at Chicago, Illinois.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Chicago, Illinois in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **STATE:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on February 12, 2013, at Los Angeles, California

By:/s/ Matthew Rosenthal
Matthew Rosenthal

- 5 -

MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION