Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 241
F: (866) 799-3206
rlee@consumerlawcenter.com
Attorney for Plaintiff,
DANA PASQUALE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANA PASQUALE, | Case No.: 4:11-cv-5265-YGR |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION** |
| v. | |
| LAW OFFICES OF NELSON & KENNARD, | |
| Defendant. | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiff hereby withdraws her Motion to Deem Admitted Plaintiff's Requests for Admission, filed on February 12, 2013 at Document No. 60.

Dated: February 12, 2013             RESPECTFULLY SUBMITTED,

                                     By: <u>Ryan S. Lee</u>
                                     Ryan S. Lee
                                     Attorney for Plaintiff.

- 1 -

MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION

**PROOF OF SERVICE**

I, Matthew Rosenthal, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On February 12, 2013, I served the following documents: **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION**

On the parties listed below:

Nelson & Kennard
2180 Harvard St., Suite 160
Sacramento CA 95815-3314

By the following means of service:

[X] **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service. Plaintiff also served upon counsel via email.

[ ] **BY FACSIMILE:** I transmitted the documents listed above by facsimile machine to the facsimile number listed above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ] **BY MAIL** (1013 a, 2015.5 CCP): I deposited such envelope in the mail at Chicago, Illinois. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Chicago, Illinois in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **STATE:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on February 12, 2013, at Los Angeles, California

By:/s/ Matthew Rosenthal
    Matthew Rosenthal

MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION