# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 11-05265 JCS**

**CASE NAME:  PASQUALE v. LAW OFFICES OF NELSON & KENNARD**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Feb. 15, 2013       **TIME: 4 M** | **COURT REPORTER**: <u>Not Reported</u> |
| **COUNSEL FOR PLAINTIFF:** <br> No Appearance | **COUNSEL FOR DEFENDANT:** <br> Clifton Inohara (T)* |

**PROCEEDINGS:**                                             **RULING:**

1. Further Case Management Conference                    Held
_____

**ORDERED AFTER HEARING:**

**Lead trial counsel shall appear, in person, at the next hearing. No phone appearances will be accepted.**

**NOTES:** Mr Lee did not apply to the Court for a telephonic appearance for today's proceeding.
_____

**ORDER TO BE PREPARED BY:**         () Plaintiff     () Defendant      (X) Court

**CASE CONTINUED TO:**   03/15/13 at 1:30 p.m., for a status conference re: settlement.
_____

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**         at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**         at 8:30 a.m.  ( )Jury     ()Court | | Set for  days |

_____

**cc:**      Chambers; Karen
* (T) = Telephonic Appearance