UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pasquale,

        Plaintiff,

  v.

Law Offices of Nelson & Kennard,

        Defendant.

Case No.: 11-cv-05265-JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

Following a further case management conference held on **February 15, 2013,**

IT IS HEREBY ORDERED THAT lead trial counsel shall appear, in person, at the status onference on **March 15, 2013, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: February 20, 2013

_____
Joseph C. Spero
United States Magistrate Judge