Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 241
F: (866) 799-3206
rlee@consumerlawcenter.com
Attorney for Plaintiff,
DANA PASQUALE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA PASQUALE, | Case No.: 4:11-cv-5265-YGR |
| Plaintiff, | **REQUEST TO APPEAR TELEPHONICALLY FOR PLAINTIFF'S MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION** |
| v. | |
| LAW OFFICES OF NELSON & KENNARD, | |
| Defendant. | **Hon. Joseph C. Spero** |

**Date: April 5, 2013**
**Time: 9:30 a.m.**
**Location: United States Courthouse, San Francisco; Courtroom G-5th Fl, 450 Golden Gate Ave., San Francisco, CA 94102**

_____

The undersigned counsel of record for Plaintiff, DANA PASQUALE, hereby respectfully requests the Court's permission to appear by telephone for Plaintiff's Motion for Leave to Amend her Complaint set for April 5, 2013.  For the convenience of the Court and parties, the undersigned will appear by calling from 323-988-2400, of if the Court prefers, counsel will coordinate a toll-free conference call number for use if the requested relief is granted.

Dated: February 21, 2013

RESPECTFULLY SUBMITTED,
By: <u>Ryan S. Lee</u>
Ryan S. Lee
Attorney for Plaintiff.

REQUEST TO APPEAR TELEPHONICALLY