```
Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 241
F: (866) 799-3206
rlee@consumerlawcenter.com
Attorney for Plaintiff,
DANA PASQUALE
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA PASQUALE,<br><br>    Plaintiff,<br><br>v.<br><br>LAW OFFICES OF NELSON & KENNARD,<br><br>    Defendant. | Case No.: 4:11-cv-5265-YGR<br><br>**REQUEST TO APPEAR TELEPHONICALLY FOR PLAINTIFF'S MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION**<br><br>Hon. Joseph C. Spero<br><br>Date: April 5, 2013<br>Time: 9:30 a.m.<br>Location: United States Courthouse, San Francisco; Courtroom G-5th Fl, 450 Golden Gate Ave., San Francisco, CA 94102 |

**UPON GOOD CAUSE SHOWN** Plaintiff's Motion to Appear Telephonically for Plaintiff's Motion to Deem as Admitted Plaintiff's Requests for Admission on April 5, 2013 at 9:30 A.M. is hereby GRANTED. Counsel shall be on phone standby beginning at 9:30 a.m. and await the Court's call.

IT IS SO ORDERED.

Date: February 28, 2013

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

- 1 -

REQUEST TO APPEAR TELEPHONICALLY