```
File No. 98.0246
Robert Scott Kennard
California State Bar No. 117017
2180 Harvard Street, Ste. 160   (95815)
P.O. Box 13807
Sacramento, CA  95853
Telephone:  (916) 920-2295
Facsimile:  (916) 920-0682
Email:  rskennard@nelson-kennard.com

Attorneys for Defendant
NELSON & KENNARD
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DANA PASQUALE, | CASE NO. 3:11-CV-05265-JCS |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF STIPULATION AND PROPOSED ORDER** |
| vs. | |
| LAW OFFICES OF NELSON & KENNARD, | |
| Defendants | |

**To: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendant NELSON & KENNARD hereby withdraws the Stipulation for Order on Plaintiff's Motion for Order Deeming Admissions Admitted and the proposed Order on Plaintiff's Motion for Order Deeming Admissions Admitted lodged therewith on March 11, 2013 as docket no. 74. Defendant withdraws this Stipulation and proposed Order as Defendant inadvertently failed to include Plaintiff's counsel's signature to the Stipulation providing his consent. Defendant NELSON & KENNARD intends to lodge the

NOTICE OF WITHDRAWAL - 1

Stipulation, containing the appropriate signatures, and proposed Order forthwith.

Dated: March 12, 2013

                                      By: //s// Robert Scott Kennard
                                          ROBERT SCOTT KENNARD
                                          Attorney for Defendant
                                          NELSON & KENNARD