1
File No. 98.0246
Robert Scott Kennard
2
California State Bar No. 117017
2180 Harvard Street, Ste. 160  (95815)
3
P.O. Box 13807
Sacramento, CA  95853
4
Telephone:  (916) 920-2295
5
Facsimile:  (916) 920-0682
Email:  rskennard@nelson-kennard.com
6

7
Attorneys for Defendant
NELSON & KENNARD
8

9

10
**UNITED STATES DISTRICT COURT**
11
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
12

13
DANA PASQUALE,                           ) **CASE NO.  3:11-CV-05265-JCS**
                                         )
14
            Plaintiff,                   ) **(~~Proposed~~) ORDER ON PLAINTIFF'S**
                                         ) **MOTION FOR ORDER DEEMING**
15
    vs.                                  ) **ADMISSIONS ADMITTED**
                                         )
16
LAW OFFICES OF NELSON & KENNARD          )
17
                                         )
            Defendants.                  ) **DATE:     04/05/13**
18
                                         ) **TIME:      9:30 a.m.**
19
─────────────────────────────────────────)

20
    The court having considered the stipulation of the parties and
21
with good cause appearing therefore;
22
    IT IS HEREBY ORDERED that Defendant NELSON & KENNARD shall
23
24
serve an amended response to its Response to Requests for Admission
25
admitting Request Nos. 1, 2 and 3 within five days of entry of this
26
Order.
27
///
28
///

ORDER ON PLAINTIFF'S MOTION - 1

1      IT IS FURTHER ORDERED that all further relief requested in

2  Plaintiff's Motion for Order Deeming Admissions Admitted is

3  withdrawn by Plaintiff, with prejudice.  However, Plaintiff shall

4  be allowed to seek recovery of her attorney's fees and costs in

5  preparation of Plaintiff's Motion to Deem Admissions Admitted

6  should Plaintiff prevail on her claim and Defendant shall be

7  allowed to contest any claim for fees associated with the Motion.

8

9

10

11 Dated: _03/12/2013_____

12       Honorable _____ Spero
         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28